NUMBER
13-02-127-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

____________________________________________________________________

 

KAREN WILLIAMSON,                                                           Appellant,

 

                                                   v.

 

CHRISTUS SPOHN HOSPITAL, ET AL.,                                   Appellees.

____________________________________________________________________

 

                         On
appeal from the 28th District Court

                                  of Nueces County, Texas.

____________________________________________________________________

 

                                   O
P I N I O N

 

         Before
Chief Justice Valdez and Justices Hinojosa and Yañez

                                       Opinion
Per Curiam

 

Appellant, KAREN WILLIAMSON, attempted to perfect an
appeal from an order entered by the 28th District Court of Nueces County, Texas, in cause no. 01-4668-A.  The clerk=s record was received on March 4,
2002.  








Upon review of the clerk=s record, it appeared
that the order from which this appeal was taken was not a final appealable order.  Pursuant to Tex. R. App. P. 42.3, notice of this defect
was given so that steps could be taken to correct the defect, if it could be
done.  Appellant was advised that, if the
defect was not corrected within ten days from the date of receipt of this
notice, the appeal would be dismissed for want of jurisdiction.  Appellant failed to file a response as
requested by this Court=s notice. 

The Court, having considered the documents on file and appellant=s failure to respond
to this Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction. The
appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 2nd day
of May, 2002.